No: 06-14-00239-CR

FILED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RECEIVED IN
The Court of Appeals
Sixth District

NOV 1 2 2015

Texarkana, Texas
Debra Autrey, Clerk

State of Texas

V

Mark Eugene Engle

XXXXXXX

In The

6th Court Of Appeals

## Motion For Rehearing

To The Honorable Justices of Said Court:

Now Comes, Appellant, Mark Eugene Engle, in the above styled and numbered cause, and moves this Court to grant Rehearing [Trap 49] of Appellants Appeal so that the Court can address the Remediable Error of the Trial Court, pursuant to Rule 44.4(a) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. The Record is incomplete in that none of the proceedings had pre-indictment under Writ #07259 have been included in the record.

2. The Formal Order of the Trial Judge on April 8th 2013 was No Probable Cause for the Specific Offense of Sexual Assault.

3. There is no Clerks or Reporters Record from the Examining Trial had Feb. 4th 2013.

4. No record provided from the Bond hearing had April 16th 2013.

(1)

5. No record provided from (2) Hearings in June of 2013 on a Motion to Dismiss pursuant to a Speedy Trial Claim.

6. All these issues are preserved for Appellate Review pursuant to Rule 33.1(a)(1).

7. Appellant Attorney failed to file a Designation of Record instead relying on the Trial Court to provide all preserved errors.

8. This Court has consistently Over-ruled all my Pro Se complaints on this issue, see; Appendix to Writ of Mandamus #06-15-00111-CR along with Motion for Writ of Error of the same number.

9. Appellant relies on the following facts as good cause for the requested Rehearing:

The ruling and written Order from the Examining Trial of No Probable Cause for Sexual Assault is contrary to the findings of fact and conclusions of law done by the Honorable Richard Beacom for the Suppression Hearing.

Further contrary exculpatory evidence that has been with held from the record can be found in District Attorney File No. 130481.

(2)

It contains a completely Negative DNA report along with negative findings on all the electronics seized. All the historical facts are contrary the the findings of fact and conclusions of law.

Clear Abuse of Discretion by the trial court and judge. If this Honorable Appeals Court would of had a complete record for review the outcome would of been different.

As the Appellant has expressed a belief in a claim of actual innocence it would be a travesty to not grant Rehearing to correct the incomplete record and look into this allegation in the interest of justice.

Wherefore, Premises Considered, Appellant prays this Honorable Court will Rehear all arguments of the appellant with a complete record in this matter and come to the only conclusion that is right in the name of justice, Acquittal.

Respectfully Submitted,
Mark Eugene Engle
Pro Se

(3)

## Certificate of Service

This is to certify that on 9th day of Nov. 2015 a true and correct copy of the above and foregoing document was sent U.S. Postal Service to Debra Autrey - Clerk, 6th Court of Appeals, Bi-State Justice Bldg, 100 North State Line Ave #20, Texarkana, Texas 75501.

Mark Eugene Engle
Mark Eugene Engle
899 FM 632
Kenedy Tx 78119
TDC# 1958430

## Declaration

I, Mark Eugene Engle, hereby swear under penalty of perjury that the foregoing facts contained in this Motion for Rehearing are true and correct to the best of my knowledge.

Sincerely,
Mark Eugene Engle
Pro Se

(4)